**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 06-6252**

————————

THEODORE THOMAS WAGNER,

Plaintiff - Appellant,

and

ANGIE SMITH; FNU LNU, Inmate, unknown at this
time,

Plaintiffs,

versus

CHARLESTON COUNTY JAIL; UNKNOWN OFFICERS, in
their individual and official capacities,

Defendants - Appellees.

————————

**No. 06-6354**

————————

THEODORE THOMAS WAGNER,

Plaintiff - Appellant,

and

ANGIE SMITH; FNU LNU, Inmate, unknown at this
time,

Plaintiffs,

versus

CHARLESTON COUNTY JAIL; UNKNOWN OFFICERS, in
their individual and official capacities,

Defendants - Appellees.

---

Appeals from the United States District Court for the District of
South Carolina, at Columbia.  G. Ross Anderson, Jr., District
Judge; Joseph R. McCrorey, Magistrate Judge.  (3:05-cv-01435-GRA)

---

Submitted:  July 19, 2006                Decided:  July 28, 2006

---

Before WILKINSON and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Theodore Thomas Wagner, Appellant Pro Se.  Hugh Willcox Buyck,
Darren K. Sanders, BUYCK LAW FIRM, Charleston, South Carolina;
Robert Gerald Chambers, Jr., TURNER & PADGETT, Charleston, South
Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Theodore Thomas Wagner appeals the magistrate judge's order denying his motion for an extension of time to serve process on unidentified Defendants and the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge and the district court. <u>Wagner v. Charleston County Jail</u>, No. 3:05-cv-01435-GRA (D.S.C. filed Jan. 9, 2006 & entered Jan. 10, 2006; filed Feb. 2, 2006 & entered Feb. 3, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>